COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Nikki Lauran Morgan

Appellate case number:    01-16-00530-CV

Trial court case number:   15–DCV–220434

Trial court:               328th District Court, Fort Bend County

Nikki Lauran Morgan filed a petition for writ of mandamus in this Court on June 30, 2016. On July 1, 2016, she filed an opposed motion for emergency relief, stating that a hearing or trial was set for July 5, 2016, and asking that we issue a temporary stay to maintain the status quo. After our ruling on this motion issued, Nikki Morgan filed an emergency motion for clarification of our order. We grant the motion in part.

We **ORDER** that the portion of the order of June 13, 2016, directing Nikki Lauran Morgan to produce documents in response to request for production number 36 is **STAYED**, pending resolution of the petition for writ of mandamus. We deny any request for a stay of any proceedings or hearings in the trial court or of any discovery. We specifically deny any request to stay a trial or hearing on temporary orders on July 5 or 6, 2016.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                ☑ Acting individually    ☐ Acting for the Court

Date: July 5, 2016